**JS-6**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

KAISAR SAKAN,

Petitioner,

v.

JAMES JANECKA, et al.,

Respondents.

Case No. 5:26-CV-04603-CTS

**JUDGMENT**

Pursuant to the Order Dismissing Petition for Writ of Habeas Corpus filed October 22, 2026 (ECF No. 11), IT IS ADJUDGED that the Petition is dismissed without prejudice

DATED: October 27, 2026

CHRISTINA T. SHAY
UNITED STATES MAGISTRATE JUDGE